JON ROGER MOSS, ESQ. (#36082)
348 33rd Street
Hermosa Beach, CA 90254
Tel: (310) 318-5841
Email: dad4477@aol.com

BEAUMONT COSTALES LLC
Roberto Luis Costales  (LA Bar #33696)
William H. Beaumont (LA Bar #33005)
3801 Canal Street, Suite 207
New Orleans, LA 70119
Telephone: (504) 534-5005
Facsimile:  (504) 272-2956

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT CAMPBELL, on behalf of himself and other persons similarly situated,<br>　　　　Plaintiff,<br><br>vs.<br><br>BOSLEY MEDICAL INSTITUTE, INC. D/B/A BOSLEY, INC.,<br>　　　　Defendants. | Case No.: 2:17-CV-1555 SVW-PJW |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

　　Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, please take notice that Plaintiff Robert Campbell voluntarily dismisses this action against Defendant Bosley Medical Institute, Inc. d/b/a Bosley, Inc. without prejudice. Voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) is appropriate at this time because Defendant Bosley Medical Institute, Inc. d/b/a Bosley, Inc. has not yet filed either an answer or motion for summary judgment.

*Respectfully submitted:*

/s/ Jon Moss
_____
JON ROGER MOSS, ESQ. (#36082)
348 33rd Street
Hermosa Beach, CA 90254
Tel: (310) 318-5841
Email: dad4477@aol.com
*Attorney for Plaintiff*


/s/ William H. Beaumont
_____
**BEAUMONT COSTALES LLC**
Roberto Luis Costales (LA Bar #33696)
William H. Beaumont (LA Bar #33005)
3801 Canal Street, Suite 207
New Orleans, LA 70119
Telephone: (504) 534-5005
Facsimile: (504) 272-2956
*Attorneys for Plaintiff*


CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2017, I served a copy of the foregoing on counsel for Defendant via CM/ECF.

/s/ William H. Beaumont